**Deny Writ and Opinion Filed October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01287-CV

## IN RE PHYSICIANS AND ALLIED HEALTH PROFESSIONALS GROUP, P.A. F/K/A MEDICAL EDGE HEALTHCARE GROUP, Relator

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15001-J**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lewis
Opinion by Justice Bridges

Relator contends the trial judge erred in partially denying its motion to disqualify real parties in interest's counsel. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

131287F.P05